IN THE UNITED STATES BANKRUPTCY COURT
Western District of Kentucky

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 10-35139 |
| Terrance L Thomas } | |
| Kathy S Thomas } | Chapter 13 |
| } | |
| **Debtors** } | |

ORDER

Upon the Debtors' Objection to the Proof of Claim filed by HSBC Bank Nevada, NA and the Court being sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Debtors' Objection to HSBC Bank Nevada, NA's Proof of Claim, claim number 16, is hereby **SUSTAINED** and the claim of HSBC Bank Nevada, NA is disallowed.

A copy of this Order is mailed to the debtor; Counsel for Debtor; the Trustee; and to all scheduled creditors and parties in interest.

_____
David T. Stosberg
United States Bankruptcy Judge

Dated: April 12, 2011

Submitted by:

Julie Ann O'Bryan
Wendy Groce-Smith
O'Bryan Law Offices, P.S.C.
1717 Alliant Avenue, Suite 17
Louisville, Kentucky 40299
(502) 339-0222